**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Lee M. Berger and Alice A. Berger, Individually and on Behalf of All Other Persons Similarly Situated, | CIVIL ACTION NO. 10-11583-NMG |
| *Plaintiffs,* | CLASS ACTION |
| v. | |
| Bank of America, N.A.; and BAC Home Loans Servicing, LP, | |
| *Defendants.* | |
| Stanley Kolbe, Individually and on Behalf of All Other Persons Similarly Situated, | CIVIL ACTION NO. 11-10312-NMG |
| *Plaintiff,* | CLASS ACTION |
| v. | |
| BAC Home Loans Servicing, LP; and Balboa Insurance Company, | |
| *Defendants.* | |
| Susan Lass, as an individual and as a representative of the classes, | CIVIL ACTION NO. 11-10570-NMG |
| *Plaintiff,* | CLASS ACTION |
| v. | |
| Bank of America, N.A.; and BAC Home Loans Servicing, L.P., | |
| *Defendants.* | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF SUSAN LASS' MOTION TO DEFER APPOINTMENT OF "INTERIM LEAD COUNSEL", OR IN THE ALTERNATIVE, FOR HYBRID APPOINTMENT OF INTERIM COUNSEL OR APPOINTMENT OF NICHOLS KASTER AS LEAD COUNSEL**

The memorandum of law filed at ECF No. 26 is hereby incorporated by reference in support of Plaintiff Susan Lass' Motion to Defer Appointment of "Interim Lead Counsel", or in the Alternative, for Hybrid Appointment of Interim Counsel or Appointment of Nichols Kaster as Lead Counsel.

Respectfully submitted,

Dated:  May 31, 2011

NICHOLS KASTER, PLLP

*s/E. Michelle Drake*
Paul J. Lukas, MN Bar No. 22084X*
E. Michelle Drake, MN Bar No. 0387366*
Kai Richter, MN Bar No. 0296545*
Rebekah L. Bailey, MN Bar No. 0389599*
  *\*Admitted Pro Hac Vice*
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870

*and*

KEANE, KLEIN & DUFFEY
Thomas W. Duffey, MA Bar No. 563616
1 Church Court
Boston, MA 02129
Telephone: (617) 242-8383
Fax: (617) 242-8313

ATTORNEYS FOR PLAINTIFF AND
THE PUTATIVE CLASSES

## **CERTIFICATE OF SERVICE**

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 31, 2011.

                                                  *s/E. Michelle Drake*
                                                  E. Michelle Drake