# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lee M. Berger and Alice A. Berger, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>Bank of America, N.A.; and BAC Home Loans Servicing, LP,<br><br>*Defendants*. | CIVIL ACTION NO. 10-11583<br><br>CLASS ACTION |
| STANLEY KOLBE, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAC HOME LOANS SERVICING, L.P., and BALBOA INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:11-cv-10312 |
| SUSAN LASS, as an individual and as a representative of the classes,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, L.P.,<br><br>Defendants. | Civil Action No. 11-10570-NMG |

**JOINT STIPULATION TO EXTEND TIME AND PROPOSED ORDER**

LIBA/2189648.1

On May 27, 2011, Plaintiff Susan Lass filed in this Court a First Amended Class Action Complaint. Plaintiff and Defendants (the "Parties"), having conferred, hereby stipulate that Defendants shall have until June 27, 2011 to move to dismiss Plaintiffs' First Amended Class Action Complaint, and Plaintiff shall have until July 18, 2011 to respond to Defendants' motion..

The Parties respectfully request that this Court enter this Stipulation as an Order.

| Plaintiff Susan Lass | Bank of America, N.A.; and BAC Home Loans Servicing, LP |
|---|---|
| By her attorneys | By their attorneys |
| /s/ Kai Richter | /s/ Matthew G. Lindenbaum |
| NICHOLS KASTER, PLLP | John C. Englander (BBO# 542532) |
| Paul J. Lukas, MN Bar No. 22084X* | Matthew G. Lindenbaum (BBO# 670007) |
| E. Michelle Drake, MN Bar No. 0387366* | Mark T. Knights (BBO# 670991) |
| Kai Richter, MN Bar No. 0296545* | GOODWIN PROCTER LLP |
| Rebekah L. Bailey, MN Bar No. 0389599* | 53 State Street |
| *Admitted Pro Hac Vice | Boston, Massachusetts  02109 |
| 4600 IDS Center | Tel.:  617.570.1000 |
| 80 South Eighth Street | Fax:  617.523.1231 |
| Minneapolis, MN 55402 | jenglander@goodwinprocter.com |
| Telephone: (612) 256-3200 | mlindenbaum@goodwinprocter.com |
| Fax: (612) 215-6870 | mknights@goodwinprocter.com |

*and*

KEANE, KLEIN & DUFFEY
Thomas W. Duffey, MA Bar No. 563616
1 Church Court
Boston, MA 02129
Telephone: (617) 242-8383
Fax: (617) 242-8313

SO ORDERED

Date:  June ___, 2011

_____
Hon. Nathaniel M. Gorton, U.S.D.J.

**CERTIFICATE OF SERVICE**

      I, Matthew G. Lindenbaum, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 7, 2011.

| | |
|---|---|
| Dated:  June 7, 2011 | /s/ Matthew G. Lindenbaum |
| | Matthew G. Lindenbaum |

LIBA/2189648.1