# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEE M. BERGER and ALICE A. BERGER, Individually and on Behalf of All Other Persons Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, L.P.,<br><br>Defendants. | CIVIL ACTION NO. 10-11583-NMG |

## BANK OF AMERICA'S MOTION FOR SUMMARY JUDGMENT

Defendant Bank of America, N.A. ("Bank of America")[1] hereby respectfully moves this Court to enter summary judgment in favor of Bank of America. For the reasons stated in the accompanying memorandum of law, Plaintiff's have no damages and no likelihood of being harmed in the future, as they have fully resolved their issue with insurance, and Bank of America's practices have changed such that they cannot demonstrate any potential future harm. As such, their case must be dismissed as moot—there is no relief they can request of this Court that Bank of America has not already provided.

For this reason, Bank of America respectfully requests that it be granted summary judgment in its favor.

---

[1] As of July 1, 2011, Bank of America, N.A. is the successor by merger to BAC Home Loans Servicing, LP. Therefore, no separate mention of the entity formerly known as BAC Home Loans Servicing, LP is required.

Dated: May 8, 2012

BANK OF AMERICA, N.A.; and BAC HOME LOANS SERVICING, L.P.,

By their attorneys,

/s/ Matthew G. Lindenbaum
John C. Englander (BBO# 542532)
Matthew G. Lindenbaum (BBO# 670007)
Dennis N. D'Angelo (BBO# 666864)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
jenglander@goodwinprocter.com
mlindenbaum@goodwinprocter.com
ddangelo@goodwinprocter.com

## LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE

I, Matthew G. Lindenbaum, hereby certify that counsel for Defendants have conferred with counsel for Plaintiffs in an effort to resolve or narrow the issues presented in this motion prior to filing. The Parties were unable to reach agreement.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 8, 2012.

/s/ Matthew G. Lindenbaum

Dated: May 8, 2012